AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Phalla Mears

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06M132A

I, Ms. Mears, charged in a ☒ complaint ☐ petition pending in this District with Embezzlement in violation of Title 18, U.S.C., 656,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

[signature]
*Defendant*

3-1-7
*Date*

[signature]
*Counsel for Defendant*